

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

LORRAINE M. ARMENTI
DIRECT DIAL: (973) 631-6008
EMAIL: LARMENTI@CMG.LAW

June 26, 2024

**Via ECF**
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007
failla_nysdchambers@nysd.uscourts.gov



   Re: *Continental Insurance Company v. Providence Washington Insurance Co., et al.*
     Docket No.: 1:24-cv-03197-KPF

Dear Judge Failla:

  This firm represents Plaintiff, The Continental Insurance Company, in the above-referenced action. Pursuant to Your Honor's rules and procedures, we write to request an adjournment of the July 12, 2024, Initial Pretrial Conference. This is the first request for an adjournment of the Initial Pretrial Conference. We request an adjournment of thirty (30) days. The requested adjournment is necessary to permit the parties to continue ongoing settlement discussions. Defendant, Providence Washington Insurance Company, has consented to the adjournment.

  Thank you for Your Honor's attention to this request.

            Very truly yours,

            **COUGHLIN MIDLIGE & GARLAND LLP**

            */s/ Lorraine M. Armenti*

            Lorraine M. Armenti

cc: All Counsel (Via ECF)

3150566

Application GRANTED. The initial pre-trial conference in this matter currently scheduled for July 12, 2024, is hereby ADJOURNED to **August 14, 2024,** at **11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 23.

Dated:   June 27, 2024          SO ORDERED.
         New York, New York

                                *Katherine Polk Failla*

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE