**DENTONS**

Jonathan D. Henry

jonathan.henry@dentons.com
D    +1 973-912-7179

Dentons US LLP
101 JFK Parkway
Short Hills, NJ  07078-2708
United States

dentons.com

John L. Cleary, II
Resident Managing Partner

**VIA ECF**

August 5, 2024

Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:    *Continental Ins. Co. v. Providence Washington Ins. Co., et al.*,
       No.: 1-24-cv-03197

Dear Judge Failla:

This firm represents defendant Yosemite Insurance Company ("Yosemite")[1] in the above-referenced matter.  I write to request a thirty-day adjournment of the initial pre-trial conference scheduled for August 14, 2024.  The parties are making progress in their settlement discussions, and plaintiff Continental Insurance Company has made a significant production of documents to Yosemite in support of the claimed amount of defense costs in dispute.  This is the parties' second request for such an extension.  A further extension would permit the parties to continue their settlement discussions.  Plaintiff consents to this request.

Thank you for the court's attention to this request.

Respectfully Submitted,

*/s/ Jonathan D. Henry*

Jonathan D. Henry

cc:    All counsel of record (via ECF)

---

[1] Yosemite Insurance Company, as successor in interest by order of transfer and novation to Providence Washington Insurance Company, as successor in interest by merger to Seaton Insurance Company, incorrectly pled as "Providence Washington Insurance Company, as successor in interest by way of merger to Seaton Insurance Company, f/k/a Unigard Security Insurance Company, f/k/a Unigard Mutual Insurance Company."

Application GRANTED. The initial pre-trial conference is hereby ADJOURNED to **September 25, 2024,** at **4:00 p.m.** As before, the conference will be telephonic.

The Clerk of Court is directed to terminate the pending motion at docket number 25.

Dated:   August 6, 2024          SO ORDERED.
         New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE