

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

LORRAINE M. ARMENTI
DIRECT DIAL: (973) 631-6008
EMAIL: LARMENTI@CMG.LAW

December 17, 2024

<u>Via ECF</u>
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007
failla_nysdchambers@nysd.uscourts.gov



Re:   *Continental Insurance Company v. Providence Washington Insurance Co., et al.*
      Docket No.: 1:24-cv-03197-KPF

Dear Judge Failla:

This firm represents Plaintiff, The Continental Insurance Company ("Continental"), in the above-referenced action. In our October 15, 2024 letter to the Court (ECF No. 29), we explained that Continental had reached an agreement in principle resolving all claims asserted by Continental against Defendant, Providence Washington Insurance Company ("Providence"). Continental and Providence are still negotiating the terms of that settlement and hope to finalize same within the next month or so. Continental also advised the Court that it would be renewing its settlement discussions with the remaining defendants, Assicurazioni Generali, SPA ("Generali") and Harper Insurance Limited, f/k/a Turegum Insurance Company ("Harper"), who are represented by the same counsel. Continental, Harper and Generali have made significant progress in their settlement negotiations and are hopeful the parties can reach and finalize an agreement in the first quarter of 2025. We also note here for the sake of completeness that it is the position of Defendants Harper and Generali that they may only be served in this action through the Hague Convention. Since settlement discussions with these Defendants is ongoing, and since Plaintiff may dispute Defendants' service position, efforts at this time have been focused on resolution, rather than the proper means of service.

For the reasons stated above, and pursuant to Your Honor's rules and procedures, we write to respectfully request a sixty (60) day adjournment of the Initial Pretrial Conference currently scheduled for December 27, 2024. This is the fifth request for an adjournment of the Initial Pretrial Conference, and the court has granted the prior four requests. Providence, Harper and Generali have consented to the request.

Thank you for Your Honor's attention to this request.

Very truly yours,



December 17, 2024
Page 2

                                        **COUGHLIN MIDLIGE & GARLAND LLP**

                                        */s/ Lorraine M. Armenti*

                                        Lorraine M. Armenti

cc:    Counsel for Providence (Via ECF)
        Counsel for Harper and Generali via email

```
Application GRANTED.

To facilitate ongoing settlement negotiations, the Court hereby
ADJOURNS the initial pretrial conference currently scheduled for
December 27, 2024, to February 27, 2025, at 11:00 a.m.  The
conference shall take place via telephone.  At the scheduled time,
the parties shall dial (855) 244-8681 and enter access code 2315
780 7370.

The Clerk of Court is directed to terminate the pending motion at
docket entry 31.

Dated:    December 18, 2024         SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE