350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law



Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

LORRAINE M. ARMENIT
DIRECT DIAL: (973) 631-6008
EMAIL: LARMENTI@CMG.LAW

February 14, 2025

**Via ECF**
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007
failla_nysdchambers@nysd.uscourts.gov

**MEMO ENDORSED**

  Re: *Continental Insurance Company v. Providence Washington Insurance Co., et al.*
     Civil Action No.: 1:24-cv-03197-KPF

Dear Judge Failla:

  This firm represents Plaintiff, The Continental Insurance Company ("Continental"), in the above-referenced action. As stated in our December 17, 2024 letter (ECF No. 31), Continental and Defendant, Providence Washington Insurance Company ("Providence") have reached an agreement in principle to resolve all claims asserted by Continental against Providence. Counsel for Continental and Providence agree that the draft settlement agreement will be finalized in short order.

  Additionally, Continental has been engaged over the last several months in extensive settlement discussions with counsel for the remaining defendants, Assicurazioni Generali, SPA ("Generali") and Harper Insurance Limited f/k/a Turegum Insurance Company ("Harper"). The parties are hopeful that a resolution can be reached in order to avoid the costs of litigating this matter. As we advised the court in our December 17 letter, Harper and Generali have not yet been served given the parties' focus on resolution and Harper and Generali's position that they may only be served in this action through the Hague Convention.

  Based on the foregoing, and pursuant to Your Honor's rules and procedures, we write to respectfully request a sixty (60) day adjournment of the Initial Pretrial Conference currently scheduled for February 27, 2025. This is the sixth request for an adjournment of the Initial Pretrial Conference, and the court has granted the prior five requests. Providence has consented to the adjournment. Although Harper and Generali have not yet appeared in this action, Continental received their counsel's consent to filing this letter as well.

  Thank you for Your Honor's attention to this request.

                    Very truly yours,



Hon. Katherine Polk Failla
February 14, 2025
Page 2 of 2

                                  COUGHLIN MIDLIGE & GARLAND LLP

                                  */s/ Lorraine M. Armenti*
                                  Lorraine M. Armenti

cc: All Counsel (Via ECF)

---

Application GRANTED. The initial pretrial conference currently scheduled for February 27, 2025, is hereby ADJOURNED to **April 28, 2025,** at **3:30 p.m.** The parties are directed to notify the Court promptly if a settlement in principle is reached with the other Defendants.

The Clerk of Court is directed to terminate the pending motion at docket entry 33.

Dated:    February 18, 2025        SO ORDERED.
            New York, New York

                                              HON. KATHERINE POLK FAILLA
                                              UNITED STATES DISTRICT JUDGE